Fourth Court of Appeals
 San Antonio, Texas
 
 JUDGMENT
 
 No. 04-20-00016-CR
 
 Erica Hampton BICKNELL,
 Appellant
 
 v.
 
 The STATE of Texas,
 Appellee
 
 From the 290th Judicial District Court, Bexar County, Texas
 Trial Court No. 2019CR4489
 Honorable Laura Lee Parker, Judge Presiding

 BEFORE CHIEF JUSTICE MARION, JUSTICE CHAPA, AND JUSTICE WATKINS
 
 In accordance with this court's opinion of this date, the trial court's judgment is AFFIRMED.

 SIGNED October 14, 2020.

 _____________________________
 Sandee Bryan Marion, Chief Justice